UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
UNITED STATES OF AMERICA,  :
: **ORDER**
v. :
: 19 CR 771 (VB)
HAKIM ANDERSON, : 13 CR 625 (VB)
        Defendant. :
--------------------------------------------------------x

At an on-the-record conference on June 3, 2020, at which counsel for both parties and defendant attended by telephone, this matter was adjourned to July 27, 2020, at 11:00 a.m., for a status conference. Because of the current public health emergency, the Court will conduct the conference by telephone conference call, provided that defendant waives his right to be physically present and consents to appear by telephone after consultation with counsel.

Accordingly, it is hereby ORDERED:

    1. By July 13, 2020, defense counsel shall advise the Court in writing as to whether his client waives his right to be physically present and consents to appear by telephone.

    2. At the time of the scheduled hearing, all counsel and defendant shall attend by calling the following number and entering the access code when requested:

        **Dial-In Number:**   **(888) 363-4749 (toll free) or (215) 446-3662**
        **Access Code:**       **1703567**

Dated: June 4, 2020
      White Plains, NY

                                SO ORDERED:

                                _____
                                Vincent L. Briccetti
                                United States District Judge