UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

v.

HAKIM ANDERSON,
          Defendant.
-----------------------------------------------------------x

**ORDER**

19 CR 771 (VB)
13 CR 625 (VB)

       The Court has been advised that defendant intends to enter a guilty plea in this matter, and the Court is prepared to make the necessary CARES Act findings so that guilty plea proceeding can be conducted remotely. (Docs. ##45, 47).

       Accordingly, a change of plea hearing is scheduled for **January 25, 2021 at 9:00 a.m.** The Court expects to conduct the hearing by telephone conference call, provided that defendant waives his right to be physically present and consents to appear by telephone after consultation with counsel. Defense counsel previously advised the Court that her client consents to proceed by videoconference. However, as the Court has explained, the Orange County Correctional Facility, where defendant is housed, does not have videoconferencing capability.

       Thus, by no later than **January 4, 2021**, defense counsel shall advise the Court in writing as to whether her client waives his right to be physically present and consents to proceed by telephone.

       At the time of the scheduled hearing, all counsel and defendant shall attend by calling the following number and entering the access code when requested:

       **Dial-In Number:**    **(888) 363-4749 (toll free) or (215) 446-3662**

       **Access Code:**        **1703567**

       The trial date of January 19, 2021, as well as all pretrial deadlines and the conference scheduled for January 13, 2021 (Doc. #39) are CANCELLED.

Dated: December 23, 2020
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge